# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9471531 | Raymond | 308 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 08-14-2025 / 0640 | MTA 21-1124.2(d2) |

**Place of Offense:** Campus Dr

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Driver using hands to use handheld telephone while motor vehicle is in motion

### DEFENDANT INFORMATION
- Last Name: Moore
- First Name: Kevon
- M.I.: Andre
- Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 2EY7845 | MD | 22 | Tesla | | Black |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 83.00 Forfeiture Amount
+ $30 Processing Fee
$ 113.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedman Dr
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9471531*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 14, 2025** while exercising my duties as a law enforcement officer in the **Fort Meade** District of **Maryland**

On 20250814 at 0640 hrs while on patrol, I observed the driver of a black Tesla bearing MD Reg 2EY7845 traveling on campus Dr using his right hand to operate a handheld telephone while the vehicle was in motion. I activated my emergency equipment and conducted a traffic stop on said vehicle; the driver Moore was identified by state license.

The foregoing statement is based upon:
- ☑ my personal observation
- ☑ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08-14-2025
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident